

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00379-CV

IN THE INTEREST OF Z.W., A CHILD,

On Appeal from the 320th District Court
Potter County, Texas
Trial Court No. 090676-D-FM, Honorable Don Emerson, Presiding

January 24, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

The trial court terminated M.W.'s parental rights to her daughter, Z.W., and M.W. appealed from that order. Appointed counsel for M.W. has filed a motion to withdraw, together with an *Anders*[1] brief in support thereof. In the latter, counsel certified that he diligently searched the record and concluded that the appeal was without merit. Appellate counsel also filed a copy of a letter sent to M.W. informing her of her right to file a pro se response. M.W. was also provided a copy of the appellate record, according to counsel. By letter dated December 12, 2018, this Court also notified M.W. of her right to file her

---

[1] *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).

own brief or response by January 2, 2019, if she wished to do so. To date no response has been received.

In compliance with the principles enunciated in *Anders*, appellate counsel discusses potential areas for appeal, including the sufficiency of the evidence supporting the trial court's termination and compliance with the procedural rules concerning deadlines imposed for trial. He also notes that the evidence suggests that Z.W.'s foster family wishes to adopt her and observes that such evidence serves the child's best interest. Per our obligation specified in *In re D.D.*, 279 S.W.3d 849, 850 (Tex. App.—Dallas 2009, pet. denied) (citing *Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005)), we too reviewed the appellate record in search of arguable issues for appeal. None were found. Thus, we concur with counsel's representation that the appeal is meritless due to the absence of arguable error.

Accordingly, the judgment is affirmed.[2]

Brian Quinn
Chief Justice

---

[2] We call counsel's attention to the continuing duty of representation through the exhaustion of proceedings, which may include the filing of a petition for review. Counsel has filed a motion to withdraw, on which we will take no action. *See In re P.M.*, 520 S.W.3d 24, 27 (Tex. 2016) (per curiam).